IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAN KRIETER | § | PLAINTIFFS |
| | § | |
| v. | § | Civil Action No. 1:08cv476HSO-JMR |
| | § | |
| MISSISSIPPI FARM BUREAU | § | DEFENDANTS |
| MUTUAL INSURANCE, ET AL. | § | |

## JUDGMENT

This matter came on to be heard on Defendants' Motions to Dismiss filed on October 14, 2008 [4-1, 6-1] and on October 21, 2008 [10-1]. The Court, after a review and consideration of Defendants' Motions, Plaintiff's Response, Defendants' Reply, the pleadings on file, and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 12(b)(1) and Plaintiff's Complaint is hereby dismissed without prejudice, with each party to bear their respective costs.

**SO ORDERED AND ADJUDGED**, this the 11th day of December, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE